# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS:

**508 Royal Street
Annapolis, Maryland 21401**

**SEARCH WARRANT**

CASE NUMBER:

**13-0078SAG**

TO:   DEA Task Force Officer Matthew Wires,
      and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**508 Royal Street, Annapolis, Maryland 21401**, further described as a light brown/tan brick townhouse with white shutters. White storm and front doors open left to right with an overhang over top the front entrance. There are three windows across second floor and two on the first floor. The address numbers are black on white to the left side of door over top a gold mailbox. The rear of residence has a six foot wooden privacy fence around the back of the property. There is a rear brick porch with windows and at least one outbuilding which appears to be a shed. Bywater Road is a nearby cross street with Royal Street.
- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before _1/28/13_
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

_1/14/13_ at Baltimore, Maryland
Date and Time Issued

_11:30am_

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#16) AUSAs Carey/Smith

**13-0078SAG**

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13    0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>L. Wheeler |
| INVENTORY MADE IN THE PRESENCE OF   L. Wheeler | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

13-0078SAG

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_____        _____
U.S Judge or Magistrate                              Date

**EVIDENCE:**

**A - Right Front Office**

A-1     Airline tickets in the name of Ryan Wheeler  (Location: On top glass shelf)

A-2     Miscellaneous papers & receipts (Location: On top glass shelf)
A-3     Miscellaneous papers & "Kill List" CD (Location: On top glass shelf)

A-4     Three (3) sets of keys (Location: Tan key case on wall behind door)

A-5     Fifteen (15) CD/DVD's (Location: On top glass shelf)

A-6     Miscellaneous Documents (Location: On top glass shelf)

A-7     Set of keys (Location: On top glass shelf)

A-7.1   Thumb drive USB (Location: On top glass shelf)

A-7.2   Miscellaneous documents (Location: n top glass shelf)

A-8.1   One (1) Kyocera cell # (A0000027-045872) (Location:  On printer – 2nd glass shelf)

A-8.2   One (1) LG cell # (106CQ-LH424520 + Sim card (X-2723) (Location: On printer – 2nd glass shelf)

A-9     Vehicle key in green shoe (Location:  Under printer)

A-10    Bank of America Document (Location: In trash can)

A-11    Paper document – Appraisal (Location: Inside printer)

A-12    Brother printer # (U62049G9FZ-66967) (Location: On 2nd glass shelf)

A-13    Miscellaneous Documents / notebook (Location: Black metal holder under glass shelf)

A-14    Miscellaneous Documents / Pictures (Location: Cardboard box under glass shelf)

A-15    Miscellaneous documents regarding homicide case (Location: Cardboard box under glass shelf)
A-16    Miscellaneous documents and profile binder (Location: Cardboard box under glass shelf)

A-17   HP Photosmart camera (CN7B4A11BF) light green (Location:  Top of black box on shelf to
left of glass shelf)

A-18   Miscellaneous Documents (Location: Top of black box on shelf to left of glass shelf)

A-19.1 Blackberry Cell 8110 Silver w/3 batteries (Location: On top glass computer table)

A-19.2 Miscellaneous Documents (Location: On top glass computer table)

A-19.2.1 Miscellaneous watch box and keys (Location: On top glass computer table)

A-20   Miscellaneous Documents (Location: Under glass computer table)

A-21   Paper/business cards (Location: On top blue file cabinet)

A-21.1 (2) Keys (Location:  On top blue file cabinet)

A-22   Blue file cabinet (Location: Right of glass computer table)

A-23   Two (2) State of Maryland Business License (Location: On wall above blue cabinet)

A-24.1 One (1) Cricket cell # (A310 CRKA310HND) (Location: On top wooden cabinet)

A-24.2 One (1) AT&T Samsung cell # (65218) (Location: On top wooden cabinet)

A-24.3 Miscellaneous documents (Location: On top wooden cabinet)

A-24.4 CD's (Location: On top wooden cabinet)

A-25   Miscellaneous Documents/cards (Location: Drawer of wooden cabinet)

A-26   Assorted badges (Location:  Hanging from wooden drawer)

A-27   Checks/documents (Location: Open area of wooden cabinet)

A-28   Whitish unknown substance in plastic bag (Location: Inside tan box on top black rack)

A-29.1 Cole Haan purse (Location: Top black rack)

A-29.2 Airline tickets (Location: In black Cole Haan purse)

A-30   Plastic container containing letters/documents (Location: On 2nd shelf of black rack)

A-31   Miscellaneous Documents (Location: Inside plastic container on bottom shelf of rack)

A-32   RoadPro address book (Location: Bottom shelf of rack)

A-33   Clothing in Gucci bag (Location: Behind sofa)

A-34   Miscellaneous Documents (Location:  Under sofa)

**B - Hallway**

B-35   Miscellaneous Documents (Location: On top wooden table)

B-36   Miscellaneous Documents (Location: Inside right drawer of wooden table)

**C - Kitchen**

C-37   Miscellaneous Documents (Location: Wire rack on side of door)

C-38   Samsung cell w/charger # (268435460706-133855) (Location: Kitchen counter)

C-39.1 Samsung Cell w/charger # (SCHU360APP) (Location: Inside basket on washer)

C-39.2 LG Cell # (005L99X400428) (Location: Inside basket on washer)

C-40   Miscellaneous Documents (Location: On top of washer)

C-41   Five (5) keys (Location:  marble container on kitchen counter)

C-42   LG cell w/Sim # (005C99X400428) (Location: On top of microwave)

**D - Living Room**

D-43   Miscellaneous documents (Location: On floor behind end table)

D-44   Gateway Computer w/cord (LUUCR0B044939474F610601) (Location: Top of end table (R) of couch)

D-45   Sony Laptop (PD9WM3945AB5) (Location: Top of end table (R) of couch)

D-46   Business check book/miscellaneous documents (Location: Top of end table (R) of couch)

D-47   IPad (DLXH3GZTDJ8R) w/red case (Location: On top of glass center table)

D-47.1 Miscellaneous documents (Location: On top of glass center table)

D-48   Monthly bookkeeper (Location: Top of end table (L) of couch)

**E -Front Bedroom Upstairs (Identified as bedroom of Lannette Wheeler)**

E-49   Miscellaneous Documents in the name of Lannette Wheeler (Location: On top of wooden table)

E-50   HP Laptop w/cord (Location: On top of wooden table)

E-51   I Phone (C8WJ7KNYDTF9) (Location: Inside purse at end of bed)

E-52   Two (2) vehicle keys (Location: Inside top drawer of tall dresser

E-53   Miscellaneous Documents & money wraps (Location: Inside safe / Floor of closet)

E-54   Box of Ammo – Blazer brass (28 rounds) (Location: Inside safe / Floor of closet)

E-55   Plastic heat seal vacuum bags (Location: Top shelf of closet)

E-56   Miscellaneous documents (Location: Top shelf of closet in file box)

E-57   Tax Documents (Location: Bottom shelf of bookshelf)

E-58   Black Gucci purse (Location: On chair at end of bed)

**F -Upstairs First Right Bedroom (Identified as bedroom of Nicole Terricita Wheeler)**

F-59   Black Gucci wallet (Location: Top of dresser)

F-60   Green leafy substance inside plastic bag (Location: Top center drawer of dresser)

F-61   Blackberry cell (Location: Top center drawer of dresser)

F-62   Samsung Galaxy (A3LSPHD700) (Location: Top of dresser)

F-63   Documents in the name of Nicole Wheeler (Location: Top center drawer of dresser)

F-64.1 Black Gucci purse (Location: On bed)

F-64.2 Sprint wireless card (0910062335) (Location: In purse)

F-65.1 Apple IPhone w/pink case (Location: On nightstand)

F-65.2 Samsung cell (RZ1C73UM4EP) (Location: On nightstand)

F-65.3 HTC cell (HTCHT15VHL02241) (Location: On nightstand)

F-66   Three (3) handbags/purse (Location: Floor of bedroom)

E-67   U.S. Currency (T.O.T. Special Agent Matthew Luck DEA)